**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

REATH ELIZABETH JONES,         :

    Plaintiff,                                 :

vs.                                                   :         CA 09-0635-C

MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,
                                                          :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying claimant disability insurance benefits and supplemental security income be **AFFIRMED**.

**DONE** this the 31st day of March, 2010.

                                                   s/WILLIAM E. CASSADY
                                               **UNITED STATES MAGISTRATE JUDGE**